# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Atlantic Marine Corps Communities LLC )<br>*Plaintiff* )<br>v. )<br>Felicia Boyles Curley )<br>*Defendant* ) | Civil Action No.   9:09-2831-MBS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ the plaintiff, Atlantic Marine Corps Communities, LLC recover from the defendant, Felicia Boyles Curley, the amount of Eighteen Thousand Seven Hundred Thirty-Five ($18,735.00) Dollars in actual damages and attorney's fees and cost in the amount of Five Thousand Four Hundred Twenty-Eight and 90/100 (5,428.90) for a total amount of Twenty Four Thousand One Hundred Sixty-Three and 90/100 ($24,163.90) Dollars.  Post-Judgment interest shall run at the rate of .39%.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

❒ other:

This action was *(check one)*:

❒ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❒ tried by Judge _____ without a jury and the above decision was reached.

■ decision by the Honorable Margaret B. Seymour, United States District Judge presiding. The Court having made its Finding of Fact and Conclusions of Law in favor of the plaintiff, Atlantic Marine Corps Communities, LLC.

Date:   March 15, 2010                                                        *CLERK OF COURT*

                                                                              s/Angie Snipes

                                                                              *Signature of Clerk or Deputy Clerk*